UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAVADO INTERNATIONAL GROUP
MERCHANDISING SERVICES, INC,

                              Plaintiff,

           -v-

JOHN DOES 1–100,

                            Defendants.

24 Civ. 6517 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On August 30, 2024, the Court issued a temporary restraining order, seizure order, and an order to show cause why a preliminary injunction and seizure order should not issue. Dkt. 11. The order directed plaintiff to serve defendants on or before September 9, 2024 at 9 a.m. *Id.* at 4. The Court directs plaintiff to file proof of service forthwith, no later than September 9, 2024 at 5 p.m.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: September 9, 2024
       New York, New York